**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SENATOR JAMES EMMANUEL NUQUAY,
SENATOR OF MARGIBI COUNTY, REPUBLIC
OF LIBERIA IN HIS PERSONAL CAPACITY
AND IN HIS OFFICIAL CAPACITY AS
SENATOR OF THE REPUBLIC OF LIBERIA;
RUTHTORIA BROWN NUQUAY; AND RSN,
THE MINOR DAUGHTER OF SENATOR
NUQUAY,

       Plaintiffs,

 -against-              24 **CIVIL** 0656 (ALC)

                     **JUDGMENT**

ANTONY BLINKEN, THE 71ST SECRETARY
OF STATE OF THE UNITED STATES OF
AMERICA IN HIS OFFICIAL CAPACITY AS
SECRETARY OF STATE; CATHERINE
RODRIGUEZ, CHARGÉ D' AFFAIRES
REPUBLIC OF LIBERIA IN HER OFFICIAL
CAPACITY AS CHARGÉ D' AFFAIRES
REPUBLIC OF LIBERIA; AND THE UNITED
STATES DEPARTMENT OF STATE, AN
AGENCY OF THE UNITED STATES
GOVERNMENT; THE UNITED STATES
PERMANENT MISSION TO THE UNITED
NATIONS, AN AGENCY OF THE
DEPARTMENT OF STATE WITH AN
ADDRESS OF: 799 UNITED NATIONS PLAZA
NEW YORK, NEW YORK 10017,

       Defendants.
-----------------------------------------------------------------X

   It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated February 7, 2025, Defendants' motion to dismiss is

hereby GRANTED. As for the reasons further stated in the Court's Order, Defendants' motion to

Dismiss is GRANTED and the Complaint is dismissed with prejudice because it presents a non-justiciable question. Accordingly, the case is closed.

**Dated:** New York, New York

      February 7, 2025

                                                                 **TAMMI M. HELLWIG**
                                                                    **Clerk of Court**

                                          **BY:**
                                                                     **Deputy Clerk**